TARA MADELINE DRURY,

    Plaintiff,

v.                                    Case No. 6:18-cv-485-Orl-37PDB

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## **ORDER**

In this social security appeal, Plaintiff seeks review of the Commissioner's decision to deny her disability benefits. (Doc. 1.) Plaintiff argues that the Administrative Law Judge ("**ALJ**") erred by applying the incorrect legal standards to the medical opinions and in rejecting Plaintiff's fibromyalgia impairment. (*See* Doc. 15.) On referral, U.S. Magistrate Judge Patricia D. Barksdale recommends affirming the Commissioner's decision. (Doc. 21 ("**R&R**").)

The parties did not object to the R&R, and the time for doing so has now passed. Absent objections, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no such error, the Court concludes that the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

    1.    U.S. Magistrate Judge Patricia D. Barksdale's Report and Recommendation

(Doc. 21) is **ADOPTED, CONFIRMED**, and made a part of this Order.

2. The Commissioner's final decision is **AFFIRMED.**

3. The Clerk is **DIRECTED** to enter judgment in favor of the Commissioner and against Plaintiff and to close this case.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on February 19, 2019.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record